A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Feb 05, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**10 CV**     UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jan 21, 2010

FILED
CLERK'S OFFICE

IN RE: BANK OF AMERICA CORP. SECURITIES,
DERIVATIVE AND EMPLOYEE RETIREMENT
INCOME SECURITY ACT (ERISA) LITIGATION
    Patrick E. Catalano v. Bank of America, et al.,   )
        N.D. California, C.A. No. 3:09-5827         )        MDL No. 2058

### CONDITIONAL TRANSFER ORDER (CTO-2)

On June 10, 2009, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1327 (J.P.M.L. 2009). Since that time, one additional action has been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Denny Chin.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Chin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable Denny Chin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,
BY _____
DEPUTY CLERK

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel